UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/23/2023
```

AIG SEGUROS MEXICO S.A. DE C.V.

                Plaintiff,

-against-

HAPAG LLOYD AG, et al.,

                Defendants.

1:22-cv-8238 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

       In a letter dated January 20, 2023, the parties contended that this case is related to the multi-district litigation at Case No. 22-md-3028. [ECF No. 15.] However, the parties failed to file a related case notice. After receiving the January 20 Letter, I reached out to Judge Engelmayer, who has just entered an Order in Case No. 22-md-3028, directing the Clerk of Court to designate this case as a member case in that multi-district litigation. [ECF No. 16.] In light of Judge Engelmayer's Order, the Clerk of Court is respectfully requested to stay this case.

       The parties have advised that there are ongoing settlement discussions in the multi-district litigation, and that Judge Engelmayer has deferred entering a Case Management Plan and Scheduling Order until March 31, 2023. [ECF No. 15-2.] Accordingly, it is HEREBY ORDERED that on April 5, 2023, the parties shall file on the docket <u>in this case</u> a Joint Status Report regarding the status of this case. The Initial Pretrial Conference scheduled for January 24, 2023 at 10:30 AM is ADJOURNED *sine die*.

**SO ORDERED.**

Date: January 23, 2023
       New York, NY

*Mary Kay Vyskocil*
_____
**MARY KAY VYSKOCIL**
**United States District Judge**