USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/10/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AIG SEGUROS MEXICO S.A. DE C.V.

                Plaintiffs,

-against-

HAPAG LLOYD AG, ET AL.,

                Defendants.

1:22-cv-8238 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

       The Court is in receipt of the parties' letter responses to the Order to Show Cause dated April 6, 2023. [*See* ECF Nos. 18, 19, 20.] The parties advise that settlement discussions continue in Case No. 22-md-3028. [ECF No. 20.] Accordingly, it is HEREBY ORDERED that on or before May 10, 2023, the parties shall file on the docket <u>in this case</u> a Joint Status Report regarding the status of this case

**SO ORDERED.**

**Date: April 10, 2023**
       **New York, NY**

                                              *Mary Kay Vyskocil*
                                              **MARY KAY VYSKOCIL**
                                              **United States District Judge**